Bethany Stevens (SBN 245672)
bstevens@wscylaw.com
Walker Stevens Cannom Yang LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 712-9145
Facsimile: (213) 403-4906
*Attorney for Plaintiff,*
*Blackbird Tech LLC d/b/a*
*Blackbird Technologies*

Timothy A. Horton (SBN 205414)
timhorton@timhortonlaw.com
Law Office of Timothy A. Horton
600 W Broadway, Ste 700
San Diego, CA 92101
Tel.: 619.272.7017
Fax.:619.374.1668
*Attorney for Defendants*
*Scalematrix and Scalematrix Holdings, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>SCALEMATRIX AND SCALEMATRIX HOLDINGS, INC.,<br><br>Defendants. | Case No.: 3:17-cv-1342-DMS-(WVG)<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Judge: Hon. Dana M. Sabraw |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Blackbird Tech LLC and Defendants Scalematrix and Scalematrix Holdings, Inc. hereby jointly move the Court to dismiss the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

The filer of this document certifies that the content of the document and its attachments is acceptable to all persons required to sign the document, and authorization has been obtained for all signatures hereto.

Dated:   September 4, 2018           Respectfully submitted,

                                        WALKER STEVENS CANNOM YANG LLP

                                        By: */s/ Bethany Stevens*
                                            Bethany Stevens
                                            *Attorney for Plaintiff*
                                            *Blackbird Tech LLC d/b/a Blackbird Technologies*

Dated:   September 4, 2018           Respectfully submitted,

                                        LAW OFFICE OF TIMOTHY A. HORTON

                                        By: */s/ Timothy A. Horton (with consent)*
                                            Timothy A. Horton
                                            *Attorney for ScaleMatrix and ScaleMatrix*
                                            *Holdings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 4, 2018, via electronic mail to the counsel below, who is deemed to have consented to electronic service per Civil Local Rule 5.4.

> Jonathan Hangartner
> X-Patents, APC
> 5670 La Jolla Blvd.
> La Jolla, CA  92037
> jon@x-patents.com
>
> Timothy Alan Horton
> Law Office of Timothy A. Horton
> 600 W Broadway, Ste 700
> San Diego, CA 92101
> timhorton@timhortonlaw.com
>
> *Attorney for Defendants Scalematrix and Scalematrix Holdings, Inc.*

*/s/ Bethany Stevens*
Bethany Stevens